UNITED STATES of America,
Plaintiff-Appellee,

v.

Enrique RAMIREZ, Jr.,
Defendant-Appellant.

Nos. 79–2385, 79–2386
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 20, 1980.

Rehearing and Rehearing En Banc
Denied April 11, 1980.

Enrique Ramirez, Jr., pro se.

LeRoy Morgan Jahn, Asst. U. S. Atty., San Antonio, Tex., for plaintiff-appellee.

Before GOLDBERG, RUBIN and POLITZ, Circuit Judges.

PER CURIAM.

In these consolidated appeals the defendant attacks the district court's denial of his 28 U.S.C. § 2255 motions. In these motions the defendant raises various attacks on his prior convictions for possession and distribution of cocaine and heroin obtained by means of the defendant's guilty pleas. The defendant contends that these pleas were accepted in a manner which violated almost every provision of Fed.R.Crim.P. 11, that he was ineffectively represented by counsel in the presentation of these pleas, and that the magistrate below erred in not holding an evidentiary hearing with regard to his habeas petition.

Having liberally construed the defendant's *pro se* complaint, and after having carefully read the record, we find these claims to be devoid of merit, and we affirm.

AFFIRMED.

* Fed.R.App.P. 34(a); 5th Cir.R. 18.

John M. WILSON, Plaintiff-Appellant,

v.

FIRST HOUSTON INVESTMENT
CORPORATION et al.,
Defendants-Appellees.

No. 75–3422.

United States Court of Appeals,
Fifth Circuit.

Feb. 21, 1980.

Joel H. Pullen, San Antonio, Tex., for plaintiff-appellant.

Brice A. Tondre, Houston, Tex., for First Houston Inv., Walser, Allgood and Barker.

ON REMAND FROM THE SUPREME
COURT OF THE UNITED STATES

Before GODBOLD, TJOFLAT and HILL, Circuit Judges.

BY THE COURT:

By its judgment entered on November 26, 1979, the Supreme Court —— U.S. ——, 100 S.Ct. 442, 62 L.Ed.2d 371, having vacated our judgment in this cause 566 F.2d 1235 and remanded the cause to this court for further consideration in light of *Transamerica Mortgage Advisors, Inc. v. Lewis*, 444 U.S. ——, 100 S.Ct. 242, 62 L.Ed.2d 146 (1979), the cause is hereby REMANDED to the United States District Court for the Western District of Texas for further proceedings in conformity with the opinion of the Supreme Court and in the light of *Transamerica Mortgage Advisors, Inc. v. Lewis, supra.*